Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorney for Plaintiff*

Charles Lew, SBN 227495
charles@thelewfirm.com
Isaiah Artest, SBN 320326
isaiah@thelewfirm.com
**THE LEW FIRM APC**
9440 Santa Monica Blvd, Suite 301
Beverly Hills, CA 90210
Telephone: (310) 279-5145

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KINGSWOOD LLC d/b/a EVELEIGH, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:22-cv-04472-JFW-JPR<br><br>*Hon. Judge John F. Walter*<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint filed:　June 30, 2022<br>Trial date:　　　　Not set |

Plaintiff Portia Mason ("Plaintiff") and Defendant Kingswood LLC d/b/a Eveleigh ("Defendant") hereby notify the Court that the claims of Plaintiff have settled. A Joint Stipulation of Dismissal with Prejudice of this action will be filed upon execution of a formal settlement agreement in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: January 13, 2023                     Respectfully Submitted,

/s/ *Binyamin I. Manoucheri*
Binyamin I. Manoucheri
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff*

Dated: January 13, 2023                     Respectfully Submitted,

/s/ *Isaiah Artest*
Charles Lew
Isaiah Artest
**THE LEW FIRM APC**
*Attorneys for Defendant*

## **SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this Joint Notice is submitted, concur in the filing's content and have authorized the filing.

Dated: January 13, 2023          **THE LEW FIRM APC**

*/s/ Isaiah Artest*
Charles Lew
Isaiah Artest
**THE LEW FIRM APC**
*Attorneys for Defendant*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | The undersigned hereby certifies that on January 13, 2023, a true and correct |
| 3 | copy of the foregoing was electronically filed with the Clerk of the Court using the |
| 4 | Court's CM/ECF system, which sent notification to all counsel of record, who are |
| 5 | deemed to have consented to electronic service via the CM/ECF system. |

Dated: January 13, 2023

*/s/ Isaiah Artest*
Isaiah Artest